

# United States District Court
# Eastern District of California

| Berkley National Insurance Company | | Case Number: | 2:26-cv-00418-CSK |
| --- | --- | --- | --- |

Plaintiff(s)

V.

GEO Drilling Fluids, Inc.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William C. Kolb hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Berkley National Insurance Company

On 04/05/1995 (date), I was admitted to practice and presently in good standing in the App.Div., Supreme Court of NY, 2d Jud. Dept (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/27/2026          Signature of Applicant: /s/ William C. Kolb

**Pro Hac Vice Attorney**

Applicant's Name: William C. Kolb

Law Firm Name: Robins Kaplan LLP

Address: 1325 Avenue of the Americas, Suite 2601

City: New York        State: NY    Zip: 10019

Phone Number w/Area Code: (212) 980-7747

City and State of Residence: Fair Haven, New Jersey

Primary E-mail Address: WKolb@robinskaplan.com

Secondary E-mail Address: EKnight@robinskaplan.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Christina Lincoln

Law Firm Name: Robins Kaplan LLP

Address: 2121 Avenue of the Stars, Suite 2800

City: Los Angeles        State: CA    Zip: 90067

Phone Number w/Area Code: (310) 552-0130        Bar # 274352

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/2/2026

_____
JUDGE, U.S. DISTRICT COURT



*Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department*

———————

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## William Christopher Kolb

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on *April 5, 1995,* has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 17, 2026.

*Clerk of the Court*

CertID-00274920